Jason A. Imes Esq., NV Bar No. 7030
Fox, Imes & Crosby, LLC
601 S. 10th Street, Suite 202
Las Vegas, Nevada 89101
Telephone:  (702) 382-1007
Facsimile:  (702) 382-1921
E-Mail:  info@FICLegal.com
Counsel for Lenard E. Schwartzer, Chapter 7 Trustee

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| In re<br>FRESH MIX LLC,<br>　　　　　　　　　　　Debtor | USDC Case No. 2:23-cv-1898-CDS<br><br>Bankruptcy Case No. BK-S-20-12051-GS<br>Chapter 7 |
| LENARD E. SCHWARTZER, TRUSTEE,<br>　　　　　　　　　　　Plaintiff<br>v.<br>PISANELLI BICE, PLLC; and<br>GET FRESH SALES, INC.,<br>　　　　　　　　　　　Defendants | Adversary Proceeding No. BK-S-22-01049-GS<br><br>**STIPULATION AND ORDER FOR DISMISSAL** |
| PISANELLI BICE, PLLC,<br>　　　　　　　　　　　Appellant<br>v.<br>LENARD E. SCHWARTZER, TRUSTEE,<br>　　　　　　　　　　　Appellee | |

　　　Appellant/Defendant PISANELLI BICE, PLLC ("Pisanelli Bice"), and Plaintiff/Appellee LENARD E. SCHWARTZER, TRUSTEE (the "Trustee"), by and through their respective counsel of record, hereby agree and stipulate as follows:

**RECITALS**

　　　**WHEREAS** on April 23, 2020 (the "Petition Date"), Get Fresh Sales, Inc. ("GFSI"), as majority member of debtor Fresh Mix, LLC, filed an involuntary petition under Chapter 7 of the

Bankruptcy Code against debtor Fresh Mix, LLC (the "Debtor") in United States Bankruptcy Court, District of Nevada (the "Bankruptcy Court") commencing *In re Fresh Mix LLC*, bankruptcy case no. BK-S-20-12051-GS (the "Bankruptcy Case"); and

**WHEREAS** on June 8, 2020, the Trustee was appointed as interim Chapter 7 Trustee for the Bankruptcy Case. On August 11, 2020, a formal Order for Relief was entered and the Trustee remained the Chapter 7 Trustee to administer the bankruptcy estate; and

**WHEREAS** on March 10, 2022, the Trustee commenced an adversary proceeding against Pisanelli Bice in Bankruptcy Court seeking turnover of certain records, and that case is captioned *Schwartzer v. Pisanelli Bice, PLLC*, (adversary proceeding no. 22-01049-GS) (the "Adversary Proceeding").

**WHEREAS** on October 20, 2023, the Bankruptcy Court entered its *Order on Motions for Summary Judgment* (the "Summary Judgment Order") in the Adversary Proceeding.

**WHEREAS** on November 2, 2023, Pisanelli Bice filed its notice of appeal of the Summary Judgment Order in the Adversary Proceeding, commencing the instant appeal (USDC case no. 2:23-CV-01889-CDS). Pisanelli Bice's *Notice of Appeal and Statement of Election* identifies Pisanelli Bice as the appellant, and the Trustee as the appellee, and identifies several other interested parties [USDC ECF No. 1]; and

**WHEREAS** on November 17, 2023, a joint motion was submitted in this Appeal by Pisanelli Bice (Appellant) and the Trustee (Appellee) with the other interested parties to extend the designation deadlines and the transcript order deadline while the Bankruptcy Court evaluated dismissal of the Bankruptcy Case, and on November 30, 2023, this Court entered an order approving said extensions [USDC ECF Nos. 3 and 4]; and

**WHEREAS** on January 22, 2024, the Bankruptcy Court entered an *Order Dismissing Bankruptcy Case and Retaining Jurisdiction to Determine Distribution of Assets Held by Chapter 7 Trustee* (the "Dismissal Order"). Pursuant to the Dismissal Order, the Bankruptcy Case was formally dismissed for cause but the Bankruptcy Court retained jurisdiction to administer administrative claims and distribution of the Estate Funds; and

FOX, IMES & CROSBY, LLC
601 S. 10th Street, Suite 202
Las Vegas, Nevada 89101
Tel: (702) 382-1007 · Fax: (702) 382-1921

**WHEREAS** the dismissal of the Bankruptcy Case and the resulting vacation of the related orders have resolved the dispute between the Trustee and Pisanelli Bice regarding turnover of the contested materials, such that this Appeal appearing before this Court is now moot and the Trustee and Pisanelli Bice have agreed to dismiss this Appeal, and to dismiss the related Adversary Proceeding pending in Bankruptcy Court.

## STIPULATION

**NOW, THEREFORE,** in consideration of the following, it is hereby stipulated and agreed by and between PISANELLI BICE, PLLC as Appellant, and LENARD E. SCHWARTZER, TRUSTEE as Appellee, that this matter be DISMISSED WITH PREJUDICE, with each party to bear their own fees and costs.

Dated this 23rd day of May, 2024                     Dated this 23rd day of May, 2024

/s/ James D. Greene                                              /s/ Jason A. Imes
James D. Greene, Esq.                                         Jason A. Imes, Esq.
Michael V. Infuso, Esq.                                         FOX, IMES & CROSBY LLC
GREENE INFUSO                                                   601 S. 10th St., Suite 202
3030 South Jones Boulevard, Suite 101              Las Vegas, Nevada 89101
Las Vegas, Nevada 89146                                   *Counsel for Appellee Lenard E. Schwartzer,*
*Counsel for Appellant Pisanelli Bice, PLLC*        *Chapter 7 Trustee*

## ORDER

Based on the stipulation of counsel, and good cause appearing, this case is hereby DISMISSED WITH PREJUDICE; each party to bear their fees and costs. The Clerk of Court is directed to close this case.

IT IS SO ORDERED:

_____
UNITED STATES DISTRICT JUDGE

DATED:  May 24, 2024